20 So.2d 876

### Alvin E. LOVE v. STATE.

7 Div. 821.

Supreme Court of Alabama.

Jan. 18, 1945.

Rehearing Denied March 1, 1945.

Roy D. McCord, of Gadsden, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty., Gen., opposed.

THOMAS, Justice.

Petition of Alvin E. Love for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Love v. State, 31 Ala. App. 584, 20 So.2d 874.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.

21 So.2d 289

### Bill J. HANF v. STATE.

4 Div. 262.

Supreme Court of Alabama.

March 1, 1945.

W. C. Farmer, of Dothan, for petition.

Wm. N. McQueen, Acting Atty. Gen., and Chas. M. Cooper, Asst. Atty. Gen., opposed.

BROWN, Justice.

The petitioner was convicted in the Circuit Court of Houston County for fraudulently bringing into the State a 1940 Ford automobile, knowing that the same had been stolen in the State of Florida, an offense denounced by Section 337, Title 14, Code 1940. He appealed to the Court of Appeals where the judgment of conviction was affirmed. That court, on the facts stated, has properly applied the law.

The writ of certiorari is denied.

GARDNER, C. J., and LIVINGSTON and SIMPSON, JJ., concur.